**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00141-CR

---

### ROBERT IRVING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1565167**

---

## MEMORANDUM OPINION

Appellant Robert Irving has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2(a). Because this court has not delivered an opinion, we grant appellant's request. *See* Tex. R. App. P. 42.2(b).

Accordingly, we dismiss the appeal. We suspend the time for issuance of the mandate and direct the clerk of the court to issue the mandate immediately. *See* Tex. R. App. P. 2, 18.1.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)